Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
Erin Gettel
Assistant Federal Public Defender
Nevada State Bar No. 13877
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Erin_Gettel@fd.org

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No. 2:21-mj-00022-EJY |
| Plaintiff, | **Second Stipulation to Continue Preliminary Hearing** |
| v. | |
| Cesar Simon Carrillo-Perez, | |
| Defendant. | |

The parties jointly request that this Court vacate the preliminary hearing scheduled for April 28, 2021, and continue it for at least 60 days because:

1. The parties have entered into a fast-track plea agreement. The additional time will allow Carrillo-Perez to enter a guilty plea pursuant to that agreement.

2. Denial of this continuance would prejudice the defense and the government and would unnecessarily consume this Court's valuable resources.

3. Carrillo-Perez is in custody and agrees to the continuance.

4. Carrillo-Perez also consents to extending the time within which a preliminary hearing must be held under Federal Rule of Criminal Procedure 5.1(c) and the time within which an indictment must be filed under 18 U.S.C. § 3161.

DATED: April 23, 2021.

| | |
|---|---|
| Rene L. Valladares<br>Federal Public Defender | Christopher Chiou<br>Acting United States Attorney |
| */s/ Erin Gettel*<br>By_____<br>Erin Gettel<br>Assistant Federal Public Defender | */s/ Jared Grimmer*<br>By_____<br>Jared Grimmer<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>       Plaintiff,<br><br>  v.<br><br>Cesar Simon Carrillo-Perez,<br><br>       Defendant. | Case No. 2:21-mj-00022-EJY<br><br>**Order Granting Second Stipulation to Continue Preliminary Hearing** |

      Based on the stipulation of counsel, the Court finds that Carrillo-Perez consents to continue the preliminary hearing for at least 60 days and that good cause exists to do so.

      IT IS THEREFORE ORDERED that the preliminary hearing scheduled for April 28, 2021, at 4:00 p.m. is vacated and continued to June 28, 2021 at the hour of 4:00 p.m. Courtroom to be determined.

      DATED this 23rd day of April 2021.

_____
Elayna J. Youchah
United States Magistrate Judge